UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>            Plaintiff,                     )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>NICOLE MARIE BANNER,           )<br>                                                           )<br>            Defendant.                  )<br>_____) | Case No. 08mj0241-01 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  January 30, 2008               /s/ John  C. Ellis, Jr.
                                                        JOHN C. ELLIS, JR.
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        john_ellis@fd.org